■ J. R. Stevenson Corp. et al., Plaintiffs, v Dormitory Authority of the State of New York, Defendant and Third-Party Plaintiff-Appellant, and Louis Skidmore et al., Defendants and Third-Party Defendants and Third- and Fourth-Party Plaintiffs; S & M Plumbing Co., Inc., et al., Third-Party Defendants-Respondents, et al., Third- and Fourth-Party Defendants. (Action No. 1.) Dormitory Authority of the State of New York, Plaintiff, v Commercial Union Insurance Company of New York, Defendant. (Action No. 2.) Walter Kidde Constructors, Incorporated, Plaintiff, v Dormitory Authority of the State of New York, Defendant. (Action No. 3.) A. I. Smith Electrical Contractors, Inc., Plaintiff, v Dormitory Authority of the State of New York, Defendant and Third-Party Plaintiff-Appellant. Laboratory Furniture Company, Inc., Third-Party Defendant-Respondent, et al., Third- and Fourth-Party Defendants, et al., Third-Party Defendants and Fourth-Party Plaintiffs. (Action No. 4) No opinion. Concur—Sullivan, J. P., Carro, Asch, Kassal and Wallach, JJ.

(May 17, 1988)

■ Robert J. Levy, Appellant, v Judith Levy, Respondent.—

Appeal from the order of the Supreme Court, New York County (Carmen B. Ciparick, J.), entered February 20, 1987, is dismissed as superseded, without costs or disbursements.

While plaintiff urges that the award of interim maintenance to the defendant wife was excessive, we do not find that the court's award was an abuse of its discretion. We also do not disturb its award of interim accountants' fees. However, we